**Opinion issued November 29, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00873-CV

————————————

## IN RE SAMIK MUKHERJEE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Samik Mukherjee, has filed a petition for writ of mandamus challenging the trial court's denial of a motion to dismiss the claims asserted by the real party in interest, TechnipFMC plc.[1] We deny the petition.

---

[1] The underlying case is *TechnipFMC plc v. Samik Mukherjee and McDermott International, Inc.*, cause number 2018-53084, pending in the 164th District Court of Harris County, Texas, the Honorable Alexandra Smoots-Thomas presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.